EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: Conferencia Notarial | 2015 TSPR 121 193 DPR ____ |

Número del Caso: EC-2015-01

Fecha: 10 de septiembre de 2015

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Conferencia Notarial

EC-2015-01

Segunda Sesión
Ordinaria de la
Conferencia Notarial
de Puerto Rico

***RESOLUCIÓN***

En San Juan, Puerto Rico, a 10 de septiembre de 2015.

Se convoca a los miembros de la Conferencia Notarial a la Segunda Sesión Ordinaria de la Conferencia Notarial de Puerto Rico, a celebrarse el viernes, 23 de octubre de 2015, en el Centro de Recepciones del Gobierno, en San Juan.

Las labores de la Conferencia Notarial se enmarcarán en la presentación y discusión del Informe rendido por la Comisión para el Estudio y Evaluación de la Función Notarial en Puerto Rico. En particular, se evaluarán los hallazgos y recomendaciones que aún se encuentran ante la consideración de este Tribunal, tras la aprobación de las Reglas para la Implantación de la Ley de Asuntos No Contenciosos Ante Notario.

Se coordinará con la Directora Administrativa de los Tribunales, Hon. Isabel Llompart Zeno, para que provea el apoyo de personal y recursos que fueren necesarios para la celebración de la Conferencia Notarial.

Se instruye a la Directora del Secretariado de la Conferencia Judicial y Notarial, Lcda. Thainie Reyes Ramírez, a realizar todas las gestiones y trabajos de coordinación requeridos para esta Conferencia.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.


María I. Colón Falcón
Secretaria del Tribunal Supremo Interina